UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                      Case No. 22-20563

v.

                                  HON. JONATHAN J.C. GREY

D-4 RENE GONZALEZ
GARCIA, M.D.,

    Defendant.
_____/

## ORDER DENYING AS MOOT DEFENDANT'S MOTION TO COMPEL DISCOVERY (ECF No. 194)

On October 27, 2022, defendant Rene Gonzalez Garcia, M.D. was charged in a one-count indictment that alleges he and five co-defendants conspired to possess with intent to distribute controlled substances, in violation of 21 U.S.C. §§ 841(a)(1) and 846. (ECF No. 1.) On December 18, 2023, the government filed a superseding indictment that included the same conspiracy count against Garcia, as well as 12 counts of aiding and abetting the unlawful distribution of controlled substances. (ECF No. 120.)

On August 14, 2024, Garcia filed a motion to compel discovery (ECF No. 194), wherein he sought to the ability to more easily search the

extensive discovery provided by the government, including the opportunity to speak with someone from the U.S. Attorney's Office for some direction in reviewing the discovery. On August 28, 2024, the government filed a response, wherein it represented that one of its paralegals had since had a conference with defense counsel to enable defense counsel to understand how to open searchable files. (ECF No. 199.) In the status conferences and hearings since the motion to compel discovery was filed, no party has complained that discovery is not searchable. Accordingly, **IT IS ORDERED** that Garcia's motion to compel discovery is **DENIED AS MOOT**.

    SO ORDERED.

DATED: April 17, 2025

**/s/ Jonathan J.C. Grey**
Jonathan J.C. Grey
United States District Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 17, 2025.

                        s/ **S. Osorio**
                        **Sandra Osorio**
                        **Case Manager**